IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK DUNN,** | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | |
| **CITY GEAR, LLC,** | ) | 1:18-cv-00098-HSO-JCG |
| Defendant. | ) | |

### MOTION TO DISMISS

**COMES NOW**, the Plaintiff, Patrick Dunn, and pursuant to Rule 41(a)(2), *Fed. R. Civ. P.,* moves the Court to dismiss this action.

Respectfully Submitted, this the 22nd Day of August, 2018.

/s/ *Pshon Barrett*
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned Document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 22nd day of August, 2018 to the following:

**Randall J. Fishman**
BALLIN, BALLIN & FISHMAN, PC
200 Jefferson Ave., Suite 1250
Memphis, TN 38103
Phone: 901-525-6278
Fax: 901-525-6294
Email: rfishman@bbfpc.com

**Yosef Horowitz**
BALLIN, BALLIN & FISHMAN, PC
200 Jefferson Ave., Suite 1250
Memphis, TN 38103
Phone: 901-525-6278
Fax: 901-525-6294
Email: jhorowitz@bbfpc.com

**Michael J. Malouf, Jr.**
MALOUF & MALOUF
501 E. Capitol Street
Jackson, MS 39201
Phone: 601-948-4320
Fax: 601-948-4328
Email: mikejr@MaloufLaw.com

/s/ *Pshon Barrett*
**Pshon Barrett**
MS- 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.521.3859 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*