IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK DUNN** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:18cv98-HSO-JCG** |
| | § | |
| | § | |
| **CITY GEAR, LLC** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came to be heard upon a Motion [13] to Dismiss filed by Plaintiff Patrick Dunn on August 22, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(2). In accordance with the Court's Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 24th day of August, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE